UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW CATANZARO and
MICHAEL GARRISON,                            No. 08-11173

              Plaintiffs,                    District Judge Thomas L. Ludington

v.                                           Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,

              Defendant.
_____/

**ORDER**

Plaintiff Catanzaro is a *pro se* prison inmate  still in the custody of the MDOC, at the Mid-Michigan Correctional Facility.  As an indigent prison inmate who has been granted in forma pauperis status, Plaintiff does not have the resources to independently determine where Defendants Judy Cotton, Vercilla Hart or Sherrie Robbins live or work, or the power to compel the MDOC to provide him with that information.  He is thus at a distinct disadvantage vis-a-vis a free society plaintiff.

IT IS THEREFORE ORDERED that subject to a protective order that the addresses shall not be provided to the Plaintiff himself.  Instead, the Michigan Department of Corrections shall provide the last known home address of Defendants Judy Cotton, Vercilla Hart and Sherrie Robbins and, if they are employed by MDOC, their current work address, to this Court for *in camera* review.  The Court will in turn provide

-1-

this address to the United States Marshal for purposes of service of process.


S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  February 6, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 6, 2009.


S/G.Wilson
Judicial Assistant